IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Scott Spencer, | ) | C/A No.: 3:13-1306-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Auto-Owners Insurance Company | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The law firm of Callison, Tighe & Robinson, LLC, has moved to withdraw as counsel for the plaintiff, Scott Spencer. In a hearing held on July 29, 2013, the plaintiff faile to appear despite having been advised that he should attend the hearing.

For good cause shown, the motion to withdraw as counsel (ECF No. 15) is granted and counsel shall have no further obligations to the court in this matter.

An order is being entered concurrently with this order providing important notices to the plaintiff. The Clerk is directed to forward a copy of these orders to the plaintiff at the following address:

> Scott Spencer
> 124 E. Sparrowood Run
> Lexington, SC  29072

IT IS SO ORDERED.

July 30, 2013
Columbia, South Carolina

*Joseph F. Anderson, Jr.*
Joseph F. Anderson, Jr.
United States District Judge