IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Scott Spencer, | ) | C/A No.:  3:13-1306-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Auto-Owners Insurance Company | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The court has this date executed the attached order permitting the law firm of Callison Tighe & Robinson, LLC to withdraw as attorney of record for the plaintiff, Scott Spencer, in this action. The court will allow the plaintiff thirty (30) days within which to notify the court of the identity of the new attorney to represent the plaintiff in this case or, alternatively, of the plaintiff's desire to proceed with this litigation without an attorney.

To this end, the plaintiff shall, within thirty (30) days from the date of this order, complete the attached notice and mail it to the Clerk of Court at the address indicated. If the plaintiff fails to file the attached letter with the Clerk within the time prescribed, the court will dismiss this case with prejudice. If the plaintiff chooses to proceed *pro se*, he remains responsible for insuring that the Clerk of Court has his current, accurate address.

If no new attorney is obtained, the plaintiff is specifically advised that the court will expect this litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure. Failure to comply could have serious consequences including, but not limited to, striking a claim or defense or a pleading.

IT IS SO ORDERED.

July 30, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

1

SCOTT SPENCER
124 E. SPARROWOOD RUN
LEXINGTON, SC  29072
803-348-4855


The Honorable Robin L. Blume
Clerk of Court
United States District Court
901 Richland Street
Columbia, SC  29201

      Re:    3:13-1306-JFA Spencer v. Auto Owners Insurance

Dear Mr. Propes:

      In response to Judge Anderson's order, I wish to advise as follows:

_____  1.     I have obtained a new attorney to represent me in this matter.  His/Her name, address, and telephone number are as follows:

      _____

      _____

OR

_____  2.     I have **NOT** obtained a new attorney and will represent myself in this matter.  The Clerk is directed to forward all notices and pleadings to me at the above address.  I understand that I am obligated to comply with all provisions of the Federal Rules of Civil Procedure and to keep the Clerk of Court informed as to my proper address.


                            _____
                            Signature of Plaintiff, Scott Spencer

Date:_____

2