IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Scott Spencer, | ) | C/A No.:   3:13-1306-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Auto-Owners Insurance Company | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

After plaintiff's counsel withdrew from this case, the court granted the plaintiff thirty days to obtain new counsel.  This thirty-day deadline was extended on two occasions.  The third deadline has now passed and the plaintiff has still not notified the court of new counsel.

For the foregoing reasons, the court will assume that the plaintiff intends to go forward in this case as a *pro se* plaintiff.  In other words, the court assumes that the plaintiff will continue to prosecute this action representing himself individually.

The plaintiff is hereby advised that he must comply with all the provisions of the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this District for the duration of this case.

A new scheduling order is being entered contemporaneously with this order.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

January 8, 2014                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                   United States District Judge