IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Scott Spencer,<br><br>    Plaintiff,<br><br>vs.<br><br>Auto-Owners Insurance Company,<br><br>    Defendant. | C/A No. 3:13-cv-01306-JFA<br><br><br>**ORDER** |

  The court grants Defendant's unopposed Motion to Compel and denies Defendant's Motion to Dismiss for Failure to Prosecute.  *See* ECF No. 46.  Plaintiff is ordered to respond to any discovery requests submitted to Plaintiff by Defendant within fourteen (14) days of the date of this order.  Failure to do so may result in the dismissal, with prejudice, of this action.  Such a dismissal would mean that Plaintiff's claims against Defendant in this action will be forever extinguished and no other lawsuit based on the allegations in this lawsuit could be filed.

  The court denies Defendant's request for attorney's fees related to this matter.

  IT IS SO ORDERED.

February 26, 2014             Joseph F. Anderson, Jr.
Columbia, South Carolina         United States District Judge