IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Scott Spencer,<br><br>       Plaintiff,<br><br>vs.<br><br>Auto-Owners Insurance Company,<br><br>       Defendant. | C/A No. 3:13-cv-01306-JFA<br><br><br>**ORDER** |

      This action was filed on May 14, 2013. On July 30, 2013, the court granted a motion by Plaintiff's counsel to withdraw, and allowed Plaintiff 30 days to retain new counsel. The court subsequently granted three motions by Plaintiff for an extension of time to retain new counsel. The third motion for an extension of time, made on October 29, 2013, was the last time the court or defense counsel has heard from Plaintiff. On January 8, 2014, the court notified Plaintiff that the court assumed he would proceed *pro se*, and issued a scheduling order. On February 26, 2014, the court granted Defendant's motion to compel responses to discovery requests. Defendant has yet to receive a response to discovery, and discovery is now closed. The court specifically warned Plaintiff that failing to comply with this court's order granting the motion to compel could result in dismissal of the action, with prejudice. ECF No. 47. Therefore, the court grants Defendant's motion to dismiss for failure to prosecute. ECF No. 52. The case is dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

April 9, 2014
Columbia, South Carolina

                                                Joseph F. Anderson, Jr.
                                                United States District Judge